March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

Windelson Montero

                      Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21 Mag. 3749 ( )( )

Defendant __Windelson Montero__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

- [X] Initial Appearance/Appointment of Counsel

- [ ] Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

- [ ] Preliminary Hearing on Felony Complaint

- [X] Bail/Revocation/Detention Hearing

- [ ] Status and/or Scheduling Conference

- [ ] Misdemeanor Plea/Trial/Sentence

_____/s/ for Windelson Montero_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____/s/_____
Defense Counsel's Signature

__Windelson Montero__
Print Defendant's Name

__Clay H. Kaminsky__
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_4/7/21_
Date

_____/s/ Stewart D. Aaron_____
U.S. Magistrate Judge